B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Distinctive Construction, Co.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-0010675** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**18304 Distinctive Drive**<br>**Orland Park, IL**<br>ZIP Code **60467** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **18304 Distinctive Drive**<br>**Orland Park, IL 60467** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Distinctive Construction, Co.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Distinctive Construction, Co.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Chester H. Foster, Jr. ARDC#**
Signature of Attorney for Debtor(s)

**Chester H. Foster, Jr. ARDC# 03122632**
Printed Name of Attorney for Debtor(s)

**Foster, Kallen & Smith**
Firm Name

**3825 W. 192nd Street**
**Homewood, IL 60430**

_____
Address

**Email: chf@fosterkallen.com**
**708-799-6300  Fax: 708-799-6339**
Telephone Number

**April 27, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Bryan Nooner**
Signature of Authorized Individual

**Bryan Nooner**
Printed Name of Authorized Individual

**Chairman of Board**
Title of Authorized Individual

**April 27, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Distinctive Construction, Co.**                                ,    Case No. _____
                                            Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Hootie's Excavating, Inc.**<br>**Northern District of Illinois Eastern Division** | **10-**<br>**Affiliate** | **03/16/10**<br>**Bruce W. Black** |
| **Jeffrey Schultz**<br>**Northern Distict of Illinois Eastern Division** | **10-**<br>**Affiliate** | **04/16/10**<br>**Bruce W. Black** |

22nd Century Media, LLC
11516 W. 183rd
Condo #3 Unit SW
Orland Park, IL 60467


AC Drywall Services, Inc.
203 Airport Drive
Joliet, IL 60431


Advanced Fire Protection Co., Inc.
12955 W. Smith Road
Manhattan, IL 60442


Aidas Construction
9317 Hunter Ct
Orland Hills, IL 60487


All Pro Paving
P.O. Box 1297
Frankfort, IL 60423


American Express
P.O. Box 0001
Los Angeles, CA 90096-0001


Amerigas
P.O. Box 86
Plainfield, IL 60544


Aqua Designs
2133 Gould Court
Joliet, IL 60436


Authentic Business Systems
9217 Gulfstream
Suite 102
Frankfort, IL 60423-2564


Blue Tangerine Solutions
P.O. Box 651307
Vero Beach, FL 32965-1307


Bryan Nooner
18304 Distinctive Drive
Orland Park, IL 60467

```
Burke Engineering Co.
18330 Distinctive Drive
Orland Park, IL 60467


Calderone Enterprises, Inc.
15631 Van Drunen Road
South Holland, IL 60473


Canon Business Solutions Central
Dept 77-6024
Chicago, IL 60678-6024


Citi Business Platinum Credit Card
P.O. Box 688917
Des Moines, IA 50368-8917


Cole Taylor Bank
225 W. Washington Street
9th Floor
Chicago, IL 60606


ComEd
Customer Care Center
PO Box 87522
Chicago, IL 60680


Cook County Treasurer
P.O. Box 4488
Carol Stream, IL 60197-4488


Craig A. Podalak Architects Ltd.
12410 Nashville Ave.
Palos Heights, IL 60463


Craig Millwork, Inc.
10410 W. 163rd
Orland Park, IL 60467


Dan Laluntas
14252 W. Summerdale Ave.
New Lenox, IL 60451
```

Digital Blue, Inc.
8200 West 185th Street
Suite L
Tinley Park, IL 60487


Distinctive Remodelers, LLC
18304 Distinctive Drive
Orland Park, IL 60467


DMC Security Services, Inc.
4455 W. 147th Street
Midlothian, IL 60445


EFR Fire Equipment
P.O. Box 635
Mokena, IL 60448


Federal Express Corporation
P.O. Box 94515
Palatine, IL 60094-4515


First Bank
101 North Wacker Drive
Chicago, IL 60606


GMAC
P.O. Box 9001948
Louisville, KY 40290-1948


Hanover Insurance Co.
P.O. Box 4031
Woburn, MA 01888-4031


Home Depot Credit Card Services
PO BOx 6029
The Lakes, NV 88901


Inland Bank
5456 LaGrange Road
La Grange, IL 60525


James J. Roche & Asscociates
642 N. Dearborn
Chicago, IL 60610

Kent Landgraf - 4K Siding
140 Barbara Lane
New Lenox, IL 60451


Key Equipment Finance
Payment Processinng
P.O. Box 74713
Cleveland, OH 44115-4713


Kunes County Chevrolet-Cadillac
1231 East Geneva Street
Delavan, WI 53115


Lockwood Furnace Co.
2300 McDonough Street
Joliet, IL 60436


M&M Affordable Plumbing
1813 Moen Avenue
Rockdale, IL 60436


Mank Plumbing
20857 S. Frankfort Square Rd.
Frankfort, IL 60423


McArthur Electric, inc.
15941 S. Harlem Ave.
Tinley Park, IL 60477


Midwest Suburban Pnstruction Supply
P.O. Box 7571831
Tinley Park, IL 60477


Mike Carroll
18304 Distinctive Drive
Orland Park, IL 60467


Move Sales, Inc.
P.O. Box 4455
Scottsdale, AZ 85261


National Sign Plazas, Inc.
8150 S. Akron Street
Suite 401
Englewood, CO 80112

```
Nicor
P.O. Box 416
Aurora, IL 60568-0001


NuWay Disposal
P.O. Box 9
Mokena, IL 60448


Old Oak Florist
14148 S. Bell Road
Homer Glen, IL 60491


On Hold Marketing Services, Inc.
6003 Financial Plaza
#101
Shreveport, LA 71129


P.T. Ferro
700 S. Rowell Ave.
Joliet, IL 60434


Palos Electric
14030 S. Kedzie Ave.
Crestwood, IL 60445


Pinto Glass & Moirror
1005 Industry Road
New Lenox, IL 60451


PITNEY BOWES PURCHASE POWER
P O BOX 856042
Louisville, KY 40285-6042


Preferred Waterproofing, Inc.
9845 Rutherford Ave.
Chicago Ridge, IL 60415


Purchase Power
PO Box 856042
Louisville, KY 40285-6042


Richards Building Supply
250 E laraway
Frankfort, IL 60423
```

```
Row Window Company
P.O. Box 2099
Joliet, IL 60434


S&S Electric
501 Glenn Drive
New Lenox, IL 60451


Satelitte Shelters Inc.
2530 Xenium Lane N.
Minneapolis, MN 55441


Schaaf
18445 Thompson Ct
Tinley Park, IL 60477


Service Sanitation, Inc.
135 Blaine Street
Gary, IN 46406


Shorewoo Municipal Utilities
One Towne Center
Shorewood, IL 60404


Southwest Fireplace Supply Inc.
11921 S 80th AAve.
Palos Park, IL 60464


SRH Plumbing Inc.
8775 East Pheasant Trail
Wilmington, IL 60481


SSHBA
10767 W. 163rd Place
Orland Park, IL 60467


Style Line Cabinet & Top, Inc.
15349 New Ave.
Lockport, IL 60441


Sun-Tel
8221 S. Andrews Dr.
Orland Park, IL 60462
```

```
The Studio of James Smith
700 S Clinton
Chicago, IL 60607


Village of Manhattan
245 outh State Street
P.O. Box 31
Manhattan, IL 60442


Village of Orland Park
14700 Ravinia Avenue
Orland Park, IL 60462


Vital Signs
118 Bushtrom Drive
Elwood, IL 60421


Ward & Associates
3300 Holeman Ave.
Lockport, IL 60441


Will County Treasurer
302 N. Chicago Street
Joliet, IL 60432-4059


Willie Brothers Lumber, Inc.
12600 Hamlin Court
Alsip, IL 60803
```